UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CLIFFORD J. SCHUETT,<br><br>   Petitioner,<br> v.<br><br>MR. KOHEN, WARDEN, et al.,<br><br>   Respondents. | Case No. 2:19-cv-00950-RFB-BNW<br><br>ORDER |

  Petitioner has not properly commenced this action pursuant to 28 U.S.C. § 2241 by submitting a complete application for leave to proceed *in forma pauperis* or by paying the filing fee. Specifically, although petitioner submitted a pauper application, petitioner did not attach a financial certificate and inmate account statement as required. LSR 1-1 & 1-2. Given that petitioner's petition appears to complain about events that took place on May 24, 2019 (ECF No. 1-1 at 7), it does not appear that dismissal without prejudice would cause the petitioner substantial prejudice. The petition in this action will therefore be dismissed.

  In addition, the Court notes that the petition is virtually illegible. Although the gist of petitioner's claims can be discerned, specifics of the claim cannot as many words are impossible to read. The petition would therefore also be subject to dismissal, or at a minimum amendment, on the grounds that it is illegible. Rule 2(c)(4) of the Rules Governing Section 2254 Cases in the United States District Courts.

  Finally, although petitioner represents that he is a federal prisoner, it is not at all clear that § 2241 is an appropriate vehicle for the claims here, which challenge the conditions of petitioner's confinement at Nevada Southern Detention Center. *See, e.g.*, *Glaus v. Anderson*, 408 F.3d 382, 386-88 (7th Cir. 2005).

Therefore, IT IS ORDERED that the petition in this action is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that petitioner is DENIED a certificate of appealability, as jurists of reason would not find the Court's dismissal of the petition to be debatable or wrong.

The Clerk of Court shall enter final judgment accordingly and CLOSE this case.

IT IS SO ORDERED.

DATED this 7 day of June, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE